# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 13, 2024

Erik Robert Van de Stouwe
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC  20002

RE:  24-3299  State of North Dakota, et al v. U.S. Dept. of Interior, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

    Maureen W. Gornik
    Acting Clerk of Court

ASL

Enclosure(s)

cc:    Philip J. Axt
    Clerk, U.S. District Court, North Dakota
    Ronda L. Colby
    Christian Brian Corrigan
    Kathy A.F. Davis
    D. David DeWald
    Kristen Keegan
    Christopher Lee Lindsey
    Michael S. Sawyer
    Paul Martin Seby
    Samuel B. Stratton

    District Court/Agency Case Number(s):   1:24-cv-00066-DMT

**Caption For Case Number: 24-3299**

State of North Dakota; State of Montana; State of Texas; State of Wyoming; State of Utah

        Plaintiffs - Appellees

v.

United States Department of Interior; Debra Ann Haaland, in her official capacity as Secretary of Interior; Bureau of Land Management; Tracy Stone Manning, in her official capacity as the Director of the Bureau of Land Management; Sonya Germann, in her official capacity as the Director of the Montana-Dakotas Bureau of Land Management

        Defendants - Appellants

**Addresses For Case Participants: 24-3299**

Erik Robert Van de Stouwe
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Philip J. Axt
ATTORNEY GENERAL'S OFFICE
600 E. Boulevard Avenue
Bismarck, ND 58505-0000

Clerk, U.S. District Court, North Dakota
U.S. DISTRICT COURT
District of North Dakota
476
Room 476
220 E. Rosser Avenue
Bismarck, ND 58501-0000

Ronda L. Colby
U.S. DISTRICT COURT
District of North Dakota
220 E. Rosser Avenue
P.O. Box 1193
Bismarck, ND 58502-1193

Christian Brian Corrigan
ATTORNEY GENERAL'S OFFICE
215 N. Sanders
P.O. Box 201401
Helena, MT 59620-1401

Kathy A.F. Davis
ATTORNEY GENERAL'S OFFICE
Public Lands Section
Suite 300
1594 W. North Temple
Salt Lake City, UT 84116

D. David DeWald
ATTORNEY GENERAL'S OFFICE
109 State Capitol
Cheyenne, WY 82002

Kristen Keegan
FEDERAL BUILDING & U.S. COURTHOUSE
220 E. Rosser Avenue
Bismarck, ND 50502-0000

Christopher Lee Lindsey
ATTORNEY GENERAL'S OFFICE
P.O. Box 12548
Austin, TX 78711-2548

Michael S. Sawyer
U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Paul Martin Seby
GREENBERG & TRAURIG
Suite 3300
1144 15th Street
Denver, CO 80202

Samuel B. Stratton
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002