

**Appellate Section**
*P.O. Box 7415*
*Washington, DC 20044*

U.S. Department of Justice

Environment and Natural Resources Division

*Telephone: (202) 598-1112*
*benjamin.richmond@usdoj.gov*

April 15, 2025

<u>Via CM/ECF</u>

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

    Re:    Status Report in *State of North Dakota v. U.S. Department of Interior*,
              No. 24-3299

Dear Ms. Bindler,

      This letter provides the Court with a status report in *State of North Dakota v. U.S. Department of Interior*, No. 24-3299, as required in the Court's February 14, 2025 order.

      This case involves a challenge to the Bureau of Land Management's (BLM) Waste Prevention Rule (2024 Rule), *Waste Prevention, Production Subject to Royalties, and Resource Conservation*, 89 Fed. Reg. 25378 (Apr. 10, 2024). Plaintiff States challenged the 2024 Rule in the District of North Dakota in April 2024, and the district court preliminarily enjoined BLM from enforcing the Rule against Plaintiffs. BLM appealed.

      After BLM filed its opening brief and Plaintiffs filed their response brief, BLM moved to hold this case in abeyance due to the federal government's change in administration. Agency officials required time to review the 2024 Rule for compliance with Executive Order 14154, *Unleashing American Energy*, 90 Fed. Reg. 8353 (Jan. 20, 2025), and Secretary's Order 3418, directing review of the 2024 Rule. Agency officials also required time to determine how BLM should proceed in this appeal. This Court granted the abeyance, and directed BLM to file a status report by April 15, 2025.

      BLM's review of the 2024 Rule and this case is ongoing. High-level agency officials within BLM and the Department of the Interior are reviewing the 2024 Rule based on an action plan with respect to the 2024 Rule and detailed memoranda developed and submitted by BLM. BLM is also still working to brief some new agency officials on the status of the 2024 Rule and this case to inform their decision-making regarding the 2024 Rule. An abeyance accordingly remains necessary and BLM will provide another status report in 60 days.

Sincerely,

s/ *Benjamin W. Richmond*
Benjamin W. Richmond
Counsel for Appellants

cc: Counsel of Record (via CM/ECF)