

U.S. Department of Justice

Environment and Natural Resources Division

*Appellate Section*
*5600 American Blvd. W., Suite 650*
*Bloomington, MN 55437*

*Telephone: (202) 598-9344*
*emily.polachek3@usdoj.gov*

February 23, 2026

<u>Via CM/ECF</u>

Susan E. Bindler, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

    Re:    Status Report in *State of North Dakota v. U.S. Department of Interior*, No. 24-3299

Dear Ms. Bindler,

    This letter provides the Court with a status report in *State of North Dakota v. U.S. Department of Interior*, No. 24-3299, as required in the Court's December 2025 order.

    This case involves a challenge to the Bureau of Land Management's (BLM) Waste Prevention Rule (2024 Rule), *Waste Prevention, Production Subject to Royalties, and Resource Conservation*, 89 Fed. Reg. 25378 (Apr. 10, 2024). Plaintiff States challenged the 2024 Rule in the District of North Dakota in April 2024, and the district court preliminarily enjoined BLM from enforcing the Rule against Plaintiffs. BLM appealed.

    After BLM filed its opening brief and Plaintiffs filed their response brief, BLM moved to hold this case in abeyance due to the federal government's change in administration. Agency officials required time to review the 2024 Rule for compliance with Executive Order 14154, *Unleashing American Energy*, 90 Fed. Reg. 8353 (Jan. 20, 2025), and Secretary's Order 3418, directing review of the 2024 Rule. Agency officials also required time to determine how BLM should proceed in this appeal. This Court granted the abeyance, and has directed BLM to file status reports regarding developments in this case.

    BLM's review of the 2024 Rule and its consideration of next steps is moving forward. The rule has now completed review by high-level agency officials within BLM and the Department of the Interior. On February 17, 2026, Interior transmitted the rule to the Office of Information and Regulatory Affairs within the Office of Management and Budget for inter-agency review before publication. Because of this ongoing process, the federal parties believe that it makes sense to leave this case in its current posture, with the federal parties filing another status update in 60 days.

Sincerely,

s/ *Emily Polachek*
Emily A. Polachek
Counsel for Appellants

cc: Counsel of Record (via CM/ECF)

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                           s/ *Emily Polachek*
                                                         Emily A. Polachek
                                                         Counsel for Appellants